IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY WILSON,<br><br>              Plaintiff,<br><br>       vs.<br><br>P. McQUINESS, et al.,<br><br>              Defendants.<br>_____/ | 1:08-cv-00102-OWW-GSA (PC)<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |

  Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis was deficient in that it did not include plaintiff's required original signature.  Each document submitted for filing must include the original signature of the filing party or parties.  Local Rule 7-131; F.R.C.P. 11(a).   Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis, **or** to pay the $350.00 filing fee.

  Accordingly, IT IS HEREBY ORDERED that:

  Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, and a certified copy of

-1-

his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. **Failure to comply with this order will result in a recommendation that this action be dismissed**.

IT IS SO ORDERED.

**Dated: January 28,  2008**              /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE